STIP
GABRIEL L. GRASSO, ESQ.
State Bar Number 7358
**GABRIEL L. GRASSO, P.C.**
411 S 6th Street
Las Vegas, Nevada 89101
702-868-8866
gabriel@grassodefense.com
Attorney for ARREDONDO

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No.: 2:21-cr-00058-JAD-EDY |
| v. | |
| JASMIN ARREDONDO, | SUBSTITUTION OF COUNSEL |
| Defendant. | |

NOTICE IS HEREBY GIVEN that the defendant, JASMIN ARREDONDO requests a substitution of counsel in the above styled cause, wherein GABRIEL L. GRASSO, ESQ. is substituted counsel and ANGELA DOWS Esq., is no longer counsel of record for the defendant.

DATED this 19th day of March, 2021.

Angela H. Dows Esq.
1333 N. Buffalo Drive
Suite 210
Las Vegas, NV 89128
(702) 794-4411

Gabriel L. Grasso, Esq.
State Bar Number 7358
411 S 6th Street
Las Vegas, Nevada 89101
(702) 868-8866

_____
ANGELA H. DOWS Esq.

_____
GABRIEL L. GRASSO, Esq.

_____
JASMIN ARREDONDO, Defendant

**IT IS SO ORDERED.**

_____
**U.S. MAGISTRATE JUDGE**

**Dated:  March 22, 2021**