GABRIEL L. GRASSO, ESQ.
Nevada Bar No. 7358
**GABRIEL L. GRASSO, P.C.**
411 South 6th Street
Las Vegas, NV  89101
T: (702) 868-8866
F: (702) 868-5778
E: gabriel@grassodefense.com
Attorney for ARREDONDO

# UNITED STATES DISTRICT COURT

## THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No.:   2:21-cr-00058-JAD-EDY |
| vs. | ) **UNOPPOSED MOTION FOR PERMISSION TO TRAVEL** |
| JASMIN ARREDONDO, | ) |
| Defendant. | ) |

The Defendant, JASMIN ARREDONDO, by and through his counsel, GABRIEL L. GRASSO, ESQ., and moves this Court to give the defendant permission to travel. This Motion is based upon all the papers on file herein and the attached explanatory request.

DATED this 21st day of July, 2022

*/s/ Gabriel L. Grasso*
GABRIEL L. GRASSO, ESQ.
Nevada Bar No. 7358
**GABRIEL L. GRASSO, P.C.**
411 South 6th Street
Las Vegas, NV  89101
(702) 868-8866
Attorney for ARREDONDO

## <u>REQUEST</u>

1. ARREDONDO has been on pretrial supervision since February, 2021.

2. On July 27, 2022 ARREDONDO needs to travel to Nogales, Sonora, Mexico to pick up her 3 children who have been on vacation with relatives.

3. Arredondo will cross into Mexico for this purpose on July 27th and return to her home in Phoenix on the same day.

4. The Government does not object to this travel request so log as ARREDONDO complies with all pretrial services directives while traveling.


DATED this 21st day of July, 2022.

*/s/ Gabriel L. Grasso*
GABRIEL L. GRASSO, ESQ.
Nevada Bar No. 7358
**GABRIEL L. GRASSO, P.C.**
411 South 6th Street
Las Vegas, NV  89101
(702) 868-8866
Attorney for JASMIN ARREDONDO

1
2
3
4
5
6

GABRIEL L.  GRASSO, ESQ.
Nevada Bar No. 7358
**GABRIEL L. GRASSO, P.C.**
411 South 6th Street
Las Vegas, NV  89101
T: (702) 868-8866
F: (702) 868-5778
E: gabriel@grassodefense.com
Attorney for ARREDONDO

7
8
9

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

10
11
12
13
14
15
16
17

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| JASMIN ARREDONDO, | ) |
| | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

Case No.: 2:21-cr-00058-JAD-EDY

**UNOPPOSED MOTION FOR
PERMISSION TO TRAVEL**

18
19

        **IT IS HEREBY ORDERED** that the Defendant is permitted to travel on July 27,
2022 to Sonora, Mexico to pick up her three children from relatives.

20
21
22
23
24

        **IT IS FURTHER ORDERED** that the Defendant shall provide all travel information
to her supervising officer, and check-in as directed.

25

        DATED : July 25, 2022.

26
27
28

_____
United States Magistrate Judge

**CERTIFICATE OF SERVICE**

I hereby certify that I am a person competent to serve papers, I am not a party to the above-entitled action, and that on the 21st day of July, 2022, I served the foregoing document and all attachments by electronic service (ECF).


*/s/ Angel Garcia*
An Employee of
**GABRIEL L. GRASSO, P.C.**
411 South 6th Street
Las Vegas, NV  89101
T: (702) 868-8866
F: (702) 868-5778